Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT ⁻ 6 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of _____

_____ Division

Ashley Nicole Jones
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Louisiana Workforce Commission Attn: Robert Wooley
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  23-cv-1418
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                          Ashley N. Jones
Street Address                2145 Horseshoe Dr
City and County               Alexandria, to Rapides Parish
State and Zip Code            La  71301
Telephone Number             318-353-2347
E-mail Address                AshleyNJones598@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | Robert Wooley

Job or Title *(if known)* | Secretary

Street Address | 1001 North 23rd St

City and County | Baton Rouge ; East Baton Rouge

State and Zip Code | La 70802

Telephone Number | 225-342-3111

E-mail Address *(if known)* | Hire @ ldoc. la. gov

Defendant No. 2

Name | Sutherland Global & Apollo Health

Job or Title *(if known)* |

Street Address | 1160 Pittsford Victor RD

City and County | Pittsford

State and Zip Code | NY 14534

Telephone Number | 585-586-5757

E-mail Address *(if known)* |

Defendant No. 3

Name |

Job or Title *(if known)* |

Street Address |

City and County |

State and Zip Code |

Telephone Number |

E-mail Address *(if known)* |

Defendant No. 4

Name |

Job or Title *(if known)* |

Street Address |

City and County |

State and Zip Code |

Telephone Number |

E-mail Address *(if known)* |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*

☐  Federal question                           ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

           The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

✱ Please see attached statement

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was injured on my last job (Sutherland Global/Apollo Health) due to the them not allowing me to use the restroom. The injury was around May 12, 2023. I was hospitalized and requested a medical leave on or about May 12, 2023. I reached out multiple times to request an extension via email, telephone, etc. between May 12-June 7, 2023 but they fired me while I was severely ill due to their poor working conditions. After receiving a separation letter from Sutherland on June 6, 2023, I filed for unemployment because not only was my health forever changed because of how Sutherland treated me, but I was without money to pay my bills. Presently, I have problems with my urinary system since the hospitalization and have trouble being anywhere for too long.

Further, on or about July 3, 2023 I received a call from a lady, Ms. Keenan from the Louisiana Workforce Commission, who asked me to send her the papers supporting my claim that I was fired and did not voluntarily resign. Unfortunately, she was not truthful in the statements she presented to the committee and they disqualified me. I will attach her allegations in the supporting documents. I had a hearing on September 5, 2023 where I presented evidence showing my call log and it shows that I contacted the employer consistently and requested an extension on my leave of absence. The employer did not communicate with me and my condition worsened. However, I was denied after the hearing, falsely accused of not communicating with the employer, and I have been without work for several months now.

On or about September 22, 2023, the Board of Appeals denied me based on false statements as well. I recorded the court hearing and played it back and I introduced all supporting documents into the record to show that I contacted the company requesting an extension while severely ill. The company terminated me during that illness and ignored me when I requested the extension.

I am asking for $4,845 in unemployment benefits from June 11-September 24, 2023. I am supposed to receive $285/week yet I have been without my benefits for seventeen weeks. I am also asking for reimbursement for gas, medication, and pain and suffering from Sutherland Global/Apollo Health because of the illness I suffered from the atrocious conditions at their company that went on during the entire time I was employed. The total I am requesting is $6,000 ($4,845 from LWC and $1,155 from Sutherland).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09/30/2023

Signature of Plaintiff  *Ashley N. Jones*

Printed Name of Plaintiff  Ashley N. Jones

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____